6

From: The District Court of the Seventeenth Judicial District. County of Valley.

STATE OF MONTANA, Plaintiff, vs. HAROLD BROWN, Defendant.

Received at State Prison 4/22/60—Murder, second.

NO. 14

## DECISION

The application of the above-named defendant for a review of the sentence of 100 years, imposed on April 21, 1960, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) That the sentence be reduced to 45 years.

The reason for the above decision is that with no prior felony conviction this prisoner was sentenced to the unusually long time sentence of 100 years. True, it was for second degree murder, but he has spent 8 years in prison where his records are to the effect that he is a very good worker, that his attitude toward supervision and authority are above average, that he does his job well and gets along well with others.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

The action taken herein is not to be construed as being any indication whatever that the Sentence Review Division feels the same should influence, in any way, any other official, Board or person.

From: The District Court of the Twelfth Judicial District. County of Liberty.

STATE OF MONTANA, Plaintiff, vs, DONALD L. BUJOK, Defendant.

Received at State Prison November 1, 1957—Murder, first.

NO. 44

## DECISION

The application of the above-named defefendant for a review of the sentence of life, imposed on November 1, 1957, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The Petition for Review is denied.

The reason for the above decision is that Chapter 25 of the Montana Code of Criminal Procedure (1967) Section 95-2502 provides, in part, as follows: "Any person sentenced to a term of one year or more in the state prison by any court of competent jurisdiction may . . . except in any case in which a different sentence could not have been imposed, file . . . an application for review of the sentence by the review division." This defendant was sentenced to life imprisonment on a charge of First Degree Murder. It is the opinion of the Board that it has no jurisdiction to reduce this sentence as it is the only one that could have been imposed except, of course, hanging.

DATED this 27th day of March, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.